IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEGG, INC et al., <br><br> Defendants. | No. C -14-00412 (EDL) <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of Plaintiffs' request (Dkt. 14), the Court continues the case management conference set for May 6, 2014, to June 10, 2014, at 10:00 a.m. The parties' joint case management statement is due June 3, 2014.

**IT IS SO ORDERED.**

Dated: April 28, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge